No. 195. SULLIVAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Thomas J. Carley* and *Gabriel T. Pap* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Meyer Rothwacks,* and *Howard M. Koff* for respondent.

No. 197. O'NEAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *T. Malone Sharpe* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 203. MOSES ET AL., EXECUTORS *v.* MANUFACTURERS LIFE INSURANCE CO. C. A. 4th Cir. Certiorari denied. *Philip Wittenberg* for petitioners. *M. M. Weinberg, Jr.,* for respondent.

No. 205. TENNESSEE VALLEY SAND & GRAVEL CO. *v.* CRAFTON. C. A. 5th Cir. Certiorari denied. *George B. Matthews* for petitioner. *Truman Hobbs* for respondent.

No. 209. MARYLAND CASUALTY CO. *v.* RUSH STREET RUGBY SHOP, LTD., ET AL. C. A. 7th Cir. Certiorari denied. *Norman A. Miller* and *Frederic H. Stafford* for petitioner. *James A. Chatz* for respondents.

No. 213. FRANCE, TRUSTEE IN BANKRUPTCY *v.* UNION BANK & SAVINGS CO. C. A. 7th Cir. Certiorari denied. *Sol Rothberg* for petitioner. *Paul W. Philips* for respondent.

No. 216. GEORGE W. CHAPMAN, INC. *v.* SHENK ET AL. C. A. 4th Cir. Certiorari denied. *Harry Marfut* for petitioner. *A. Garland Williams* for respondents.